UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff(s),           Case No. 22-10008

v.           Honorable Terrence G. Berg

RAID JAMIL, ET AL.,           Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __19-20808__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Mark A. Goldsmith__ and Magistrate Judge _____.

                                                    s/Terrence G. Berg
                                                    Terrence G. Berg
                                                    United States District Judge

                                                    s/Mark A. Goldsmith
                                                    Mark A. Goldsmith
                                                    United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __January 18, 2022__           s/N. Ahmed
                                                     Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Mark A. Goldsmith